IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12CR166 |
| | § | Judge Crone |
| HENRY D. HARRISON (2) | § | |

## NOTICE OF PLEA AGREEMENT

The government and defendant **Henry D. Harrison** have entered into a written plea agreement in relation to the pending charges.

    Respectfully submitted,

    JOHN M. BALES
    United States Attorney


    /s/
    Shamoil T. Shipchandler
    Assistant United States Attorney
    Texas Bar No. 24028533
    101 East Park Boulevard, Suite 500
    Plano, Texas 75074
    tel: (972) 509-1201
    fax: (972) 509-1209
    email: shamoil.shipchandler@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to:

John D. Cline
235 Montgomery Street, Suite 1070
San Francisco, CA 94104

William M. Ravkind
One Meadows Building
5005 Greenville Avenue, Suite 200
Dallas, TX 75206

Dated: February 1, 2013

      /s/
Shamoil T. Shipchandler