IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12CR166 |
| | § | Judge Crone |
| HENRY D. HARRISON (2) | § | |

# ELEMENTS OF THE OFFENSE

Defendant **Henry D. Harrison** is charged in Count One of the Information with a violation of 18 U.S.C. § 371 (Conspiracy to Commit Mail Fraud). The elements of the offense are as follows:

<u>18 U.S.C. § 371</u>

1. That the defendant and at least one other person made an agreement to commit the crime of mail fraud as charged in the Information;

2. That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further its unlawful purpose; and

3. That one of the conspirators, during the existence of the conspiracy, knowingly committed at least one of the overt acts described in the indictment, in order to accomplish some object or purpose of the conspiracy.

<u>18 U.S.C. § 1341</u>

1. That the defendant knowingly devised a scheme and artifice to defraud and to obtain money and property by false and fraudulent pretenses, representations, and promises;

2. That the defendant acted with specific intent to defraud;

3. That the defendant mailed something or caused another person to mail something through the United States Postal Service or a private or commercial interstate carrier for the purpose of carrying out the scheme; and

4. That the scheme to defraud employed false material representations.

Respectfully submitted,

JOHN M. BALES
United States Attorney

/s/
Shamoil T. Shipchandler
Assistant United States Attorney
Texas Bar No. 24028533
101 East Park Boulevard, Suite 500
Plano, Texas 75074
tel: (972) 509-1201
fax: (972) 509-1209
email: shamoil.shipchandler@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served by electronic filing to:

John D. Cline
235 Montgomery Street, Suite 1070
San Francisco, CA 94104

William M. Ravkind
One Meadows Building
5005 Greenville Avenue, Suite 200
Dallas, TX 75206

Dated: February 11, 2013

                                                  /s/
                                              Shamoil T. Shipchandler